**James Allen BOYLES, Plaintiff— Appellant,**

v.

**Scott LITTLE, Defendant—Appellee.**

**No. 05–1165.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 12, 2005.

Decided: May 17, 2005.

James Allen Boyles, Appellant pro se.

James C. Wright, Melanie Morgan Norris, Steptoe & Johnson, P.L.L.C., Wheeling, West Virginia, for Appellees.

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Allen Boyles appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Boyles' motions to appoint counsel and for preparation of a transcript at government expense, and we affirm for the reasons stated by the district court. *See Boyles v. Little,* No. CA–04–91–5 (N.D.W.Va. Jan. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*